# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFEREY HUDDLESTON,

    Plaintiff,

v.

TRANS UNION, LLC, EXPERIAN, and EQUIFAX,

    Defendants.

Case No. 3:17-cv-01250-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: July 24, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY:   s/Tina Gray
             **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**